JUDGE CASTEL

08 CV 6506

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BULKHANDLING HANDYMAX AS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BULKHANDLING HANDYMAX AS,

          Plaintiff,

-against-

ATLANTIC HELLAS MARITIME COMPANY
LTD. a/k/a ATLANTIC BULK CARRIERS LTD.
a/k/a ATLANTIC BULK CARRIERS
MANAGEMENT LTD.,

          Defendant.

---

08 Civ. _____

**VERIFIED
COMPLAINT**

Plaintiff, Bulkhandling Handymax AS ("Bulkhandling"), by and through its attorneys, Holland & Knight LLP, for its verified complaint against Atlantic Hellas Maritime Company Ltd. ("Atlantic Hellas") a/k/a Atlantic Bulk Carriers Ltd. ("ABC") a/k/a Atlantic Bulk Carriers Management Ltd. ("ABC Management") (collectively "Defendants") alleges, upon information and belief, as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times material herein, plaintiff Bulkhandling was and is a business entity organized and existing under the laws of the Norway and maintains a place of business at Postboks 182, Skøyen NO-1212, Oslo, Norway.

3. Upon information and belief, at all times material herein, defendant Atlantic Hellas is and was a business entity organized and existing under the laws of a foreign state with an address care of Atlantic Bulk Carriers Ltd., 41, Akti Miaouli, GR-18535 Piraeus, Greece.

4. Upon information and belief, at all times material herein, Defendant ABC is and was a business entity organized and existing under the laws of a foreign state a principal place of business at 41, Akti Miaouli, GR-18535 Piraeus, Greece.

5. Upon information and belief, at all times material herein, Defendant ABC Management is and was a business entity organized and existing under the laws of a foreign state with a principal place of business at 41, Akti Miaouli, GR-18535 Piraeus, Greece.

6. On or about May 30, 2008, the parties entered into a time charter party whereby Bulkhandling as Owner agreed to let and Atlantic Hellas as Charterer agreed to hire the M/V SPAR TOPAZ ("Vessel"), under an amended New York Produce Exchange ("NYPE") form (the "Charter"), which was memorialized via a fixture recap dated June 2, 2008. A true and correct copy of the fixture recap is attached hereto as Exhibit 1.

7.      The Charter included the standard NYPE charter party terms with logical amendments plus additional rider clauses as incorporated from a previous charter for the M/V NAVIOS APOLLAN, dated March 5, 2008.

8.      Under the terms of the Charter, Bulkhandling is entitled to hire in the amount of US$87,000 per day, payable fifteen (15) days in advance.

9.      Bulkhandling issued a hire statement dated July 9, 2008 in the amount of US$564,438.78, which Atlantic Hellas has failed to pay in breach of its absolute duty under the Charter to do so. A true and correct copy of the July 9, 2008 hire statement is attached hereto as Exhibit 2.

10.     Therefore, Bulkhandling has a claim against Atlantic Hellas for outstanding hire due in the amount of US$564,438.78.

11.     The terms of the Charter call for arbitration in London and the application of English law. Bulkhandling intends to commence arbitration in London in the near future.

12.     While all disputes arising out of the Charter are to be arbitrated in London, the action herein is submitted in accordance with Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure as well as 9 U.S.C. §8, is not and cannot be considered a waiver of the Charter's arbitration clause.

13.     Under English law and in London arbitration, charter party awards regularly include costs, including a reasonable allowance for attorney's fees.

14.     Upon information and belief it will take two years to arbitrate this dispute to conclusion, resulting in the following estimated interest and attorneys' fees and costs.

| | |
|---|---|
| Interest: | $ 56,443.88 ($564,438.78 x 0.05/year x 2 years) |
| Attorneys' fees | $ 75,000.00 |
| Total Principal Claim: | $564,438.78 |
| Total Sought: | **$695,882.66** |

**Interconnectedness Between Atlantic Hellas, ABC and ABC Management**

15. Upon information and belief, Atlantic Hellas is also known as and/or does business as ABC and/or ABC Management.

16. Alternatively, Atlantic Hellas, ABC, and ABC Management are so interconnected that this Court should disregard their corporate forms.

17. Atlantic Hellas, ABC, and ABC Management all have the same address at 41, Akti Miaouli, GR-18535 Piraeus, Greece. Atlantic Hellas' address is "care of" ABC, whereas ABC Management simply uses the same address.

18. In addition, ABC Management pays the debts of Atlantic Hellas as if they were its own. By way of example, on or about July 10, 2008, ABC Management paid US$833,755.95 to Bulkhandling for hire owed under the Charter. A true and correct copy of the documents evidencing payment by ABC Management under the Charter are annexed hereto as Exhibit 3.

19. Based on the preceding, Atlantic Hellas, ABC, and ABC Management are alter egos, have commingled funds, and/or are so interconnected that this Court should disregard their corporate forms and treat them as one and the same.

20. Defendants are not found within the Southern District of New York but does have assets, good or chattels within the jurisdiction, to wit: funds or accounts held in the name(s) of Atlantic Hellas Maritime Company Ltd., Atlantic Bulk Carriers Ltd., and/or Atlantic Bulk

Carriers Management Ltd. with, upon information and belief, the following financial institutions: Bank of America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular; or any other financial institution within the Southern District of New York.

**WHEREFORE**, Bulkhandling Handimax AS prays:

1. That a summons with process of attachment and garnishment may issue against the defendant Atlantic Hellas Maritime Company Ltd. a/k/a Atlantic Bulk Carriers Ltd. a/k/a Atlantic Bulk Carriers Management Ltd.; and if defendants cannot be found, then that its goods, chattels and credits within the district, and particularly all bank accounts and other property of Atlantic Hellas Maritime Company Ltd. a/k/a Atlantic Bulk Carriers Ltd. a/k/a Atlantic Bulk Carriers Management Ltd. with the financial institutions noted above in paragraph 20, may be attached in an amount sufficient to answer plaintiff's claim;

2. That defendant Atlantic Hellas Maritime Company Ltd. a/k/a Atlantic Bulk Carriers Ltd. a/k/a Atlantic Bulk Carriers Management Ltd. and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3. That judgment be entered in favor of Bulkhandling Handimax AS and against Atlantic Hellas Maritime Company Ltd. a/k/a Atlantic Bulk Carriers Ltd. a/k/a Atlantic Bulk Carriers Management Ltd. in the amount of $695,882.66 (including estimated interest, expenses and attorneys' fees); and,

4. That this Court grant Bulkhandling Handimax AS such other and further relief which it may deem just and proper.

Dated: New York, New York
July 22, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Christopher R. Nolan
Lissa Schaupp
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Plaintiff*
*Bulkhandling Handimax AS*

## VERIFICATION

STATE OF NEW YORK          )
                           :ss.:
COUNTY OF NEW YORK         )

CHRISTOPHER R. NOLAN, being duly sworn, deposes and says:

I am associated with the firm of Holland & Knight LLP, counsel for Bulkhandling Handimax AS ("Bulkhandling"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Bulkhandling and corresponded with Bulkhandling's representatives regarding this matter. I am authorized by Bulkhandling to make this verification, and the reason for my making it as opposed to an officer or director of Bulkhandling is that there are none within the jurisdiction of this Honorable Court.

_____
Christopher R. Nolan

Sworn to before me this
22nd day of July, 2008

_____
Notary Public

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
Qualified In New York County
Commission Expires August 28, 2010

# 5475552_v1

7

# EXHIBIT 1

GORDON

Reference number: 007C9095        Exp. Date: 09.06.2008        Created: 02.06.2008 06:54:28

From:       NJ Costalas <chartering@costalas.com>
To:         NSI@KLAVENESS.COM, chartering@klaveness.com
cc:
Subject:    Fw:[Fw:[SPAR TOPAZ]]
Department: Insurance, Chartering Baumarine, Chartering Bulkhandling, Ship Management, Operations Bulkhandling
Notify:

```
N.J. COSTALAS INC.
PHONE: 914-472-0440  FAX: 914-472-3631  EMAIL: CHARTERING@COSTALAS.COM
DATE:  02-Jun-2008 00:50  AUTHOR: TAKETZIS STELIOS   MSGNO:  144145


THIS IS TO CONFIRM HAVING FIXED AS FOLL


MV SPAR TOPAZ



ALL DETAILS ABOUT:

VESSEL'S NAME:  SPAR TOPAZ
VESSEL'S PREVIOUS NAME(S):  AZTECA 1
FLAG: NOR
YEAR/MONTH/WHERE BUILT (YARD): 1987/JANUARY/IHI, JAPAN
VESSEL IS SELFTRIMMING SINGLEDECK
BULKCARRIER WITH ENGINE/BRIDGE AFT: YES
VESSELS MANAGER: FLEET MANAGEMENT LTD.
MANAGERS ADDRESS: ROOM 1703, 17TH FLOOR MASSMUTUAL TOWER, 38 ROAR
WANCHAI
HONG KONG
MANAGERS PHONE/FAX/E-MAIL: 852 2861 3511/852 2528 1550
/FML@NOBLEGROUP.COM.HK
REGISTERED OWNERS: SPAR SHIPHOLDING AS PO BOX 7304, N 5020 BERGEN
VESSEL'S CALLSIGN/TELEX/TELEPHONE/FAX:
LADT5/425983110/763940851/763940852
VESSEL'S E-MAIL: MASTER@SPARTOPAZ.AM@SCONNECT.COM
VESSEL'S CLASSIFICATION SOCIETY/FULL CLASS NOTATION/IMO NUMBER:
LR/8407280/8407280


MAIN PARTICULARS:
LOA/BEAM/DEPTH MOULDED/LBP: 180,8/30,5/15,3/171 M
SUMMER DEADWEIGHT/DRAFT/TPI/TPC: 39072/10,93//47,2
WINTER DEADWEIGHT/DRAFT: 38004/10,7
TROPICAL DEADWEIGHT/DRAFT: 39072/11,16
INTERNATIONAL GROSS/NET: 22155/12639
SUEZ NET/PANAMA NET: 20317/17866
CONSTANTS EXCL. FRESHWATER: 350
FRESHWATER CAPACITY: 321
DWAT PANAMA (DEAD WEIGHT ALL TOLD):23,430
CONFIRM VSL HOLDING DUAL LOAD LINE: YES
LIGHTWEIGHT: 6960

CARGO SPACE/HATCHES:
NUMBER OF HOLDS/HATCHES: 5/5
GRAIN/BALE CAP EACH HOLD (INCLUDING HATCH) IN CBF:
NO 1:281147 / 268360
NO 2:346342 / 334826
NO 3:346839 / 335349
NO 4:348030 / 336419
NO 5:306072 / 296284
TOTAL 1628430/1571238
```

GORDON


CORRUATIONS VERTICAL OR HORIZONTAL: VERTICAL
NATURAL OR MECHANICAL VENTILATION IN HOLDS: NATURAL
HOLDS ARE CO2 FITTED: YES
STRENGTHENED FOR CARRIAGE OF HEAVY CARGOES IN
ALTERNATE HOLDS: YES
IF YES, WHICH HOLDS MAY BE LEFT EMPTY: HOLD 2 AND 4
IS VSL GRAIN FITTED IN ACCORDANCE WITH SOLAS 1974 AND/OR
LATER AMENDMENTS WITHOUT REQUIRING BAGGING/STRAPPING/SECURING
WHEN FULLY LADEN WITH GRAIN: YES
TYPE OF HATCHCOVERS: ELECTRO-HYDRAULIC OR SINGLE PULL - WAY OF ROLLING
MAC
GREGOR FOLDING TYPE/FORE-AFT
CONFIRM HATCHES ARE FITTED WITH PERMANENT CEMENT HOLES: YES

CONFIRM WHETHER VSL FITTED W.W.F (AUSTRALIAN HOLD LADDERS): YES
A   LENGTH/BEAM OF EACH TANKTOP LENGTH/BEAM
NO 1. 26,2/F: 4,8 A: 22,4
NO 2. 27,2/F: 22,5 A: 22,5
NO 3. 27,2/F: 22,5 A: 22,5
NO 4. 27,2/F: 22,5 A: 22,5
NO 5. 25,6/F: 22,5 A: 9,60

B   LENGTH/BEAM OF EACH HATCH LENGTH/BEAM
NO 1. 15,20/12,8
NO 2. 19,2/15,2
NO 3. 19,2/15,2
NO 4. 19,2/15,2
NO 5. 19,2/15,2

C STRENGTH OF HATCH COVERS: 1,75 MT
D STRENGTH OF TANKTOPSNO. 1 & NO 5 CH - 21,26 MT, NO. 3 CH - 23,46 MT,
NO
2&4 CH - 12,6 MT
E STRENGTH OF DECK: 2,6 MT
F DISTANCE KEEL TO HIGHEST POINT ON VESSEL: 46,4 M
G DISTANCE FWD HATCHCOAMING 1ST HATCH-AFT
HATCHCOAMING LAST HATCH: 122,5 M
H DISTANCE FROM RAILING TO HATCHCOAMING EACH SIDE: 7,6 M
I WATERLINE TO TOP OF HATCHCOAMING IN HEAVY BALLAST CONDITION: 10,5 M
NUMBER/TYPE OF HOLD CLEANING EQUIPMENT:NO FIXED HOLD CLEANING EQUIPMENT
ON
BOARD. VSL HAS ONE TOBEY GUN AND 3 HOSES./


CRANES AND GRABS:
NUMBER/MAKE/TYPE OF CRANES: 4 / IHI / ELECTRO HYDRAULIC PRESSURE TYPE
STATE WHETHER CRANES ARE SINGLE, DOUBLE OR FOUR ROPES: DOUBLE
MAXIMUM LIFTING CAP PER CRANE: 25
MAXIMUM COMBINED LIFTING CAP FOR 2 CRANES: NOT POSSIBLE FOR COMBINED
LIFTING
STATE CRANE JIB LENGTH: 24,56 MTRS
PEDESTAL HEIGHT (ABOVE MAIN DECK): 8,85 MTRS
DISTANCE FROM KEEL TO UNDERNEATH GRAB/HOOK (MIN.): 1,845/10,435 MTRS
DISTANCE FROM KEEL TO UNDERNEATH GRAB/HOOK (MAX.): 1,845/10,435 MTRS
DISTANCE FROM TANKTOP TO HATCH COAMING: # 1 CH-15,85 MTRS, #2, #3, #4 &
#5
CH: 14,86 MTRS
DISTANCE FROM KEEL TO HATCH COAMING: # 1 CH - 17,695 MTRS, #2, #3, #4 &
#5
CH: 16,705 MTRS
DISTANCE FROM KEEL TO TOP OF HATCH COVER: # 1 CH-18,80 MTRS, #2, #3, #4,
&
#5 CH: 17,64 MTRS
DISTANCE FROM KEEL TO DECK LEVEL: 15,30 MTRS
BREADTH EXTREME: 30,5
OVERHANG IN HOLDS: NO OVERHANG IN HOLDS

GORDON


DRAFT HEAVY BALLASTED FORWARD/AFT: FWD - 5,94 MTRS AFT - 8,27 MTRS
NUMBER/MAKE/TYPE OF GRABS: 4 / SMAG PEINER GREIFER GRAB TYPE- EGF 20,
0-1,
25-9000 / GRAB TYPE- EGF 20, 0-1, 25-9000
STATE EMPTY WEIGHT OF GRABS : 8150 KG


BALLAST SYSTEM:
BALLAST CAPACITY WITHOUT FLOODING HOLD(S):   1135,8 M3
WHICH HOLD(S) MAY BE FLOODED:  NO. 3
BALLAST CAPACITY WITH HOLD(S) FLOODED: 22,517
NUMBER / CAPACITY OF BALLAST PUMPS:  2 /  500 M3/PUMP
TIME REQUIRED TO DEBALLAST WITHOUT
HOLD(S) FLOODED, AND WITH HOLD(S) FLOODED:WITHOUT HOLD-20 HRS, WITH HOLD
-
34 HRS
DRAFT HEAVY BALLASTED FORWARD/AFT: FWD - 5,94 MTRS AFT - 8,27 MTRS

ABT 14K ON 20,0MT(B)/ ABT 13,25K ON 22,0MT (L) IFO + ABT 1,0MT MDO
  MDO in port, idle:  ABT 0,7
  MDO in port, working:  ABT 1,0
  Fuel oil in port, idle:  ABT 0,9
  Fuel oil in port, working:  ABT 1,0


ALL SPEED AND CONSUMPTION FIGURES ARE AVERAGE FIGURES DURING C/P
PERIOD. ALL SPEED AND ALL CONSUMPTION FIGURES ARE TO BE CONSIDERED
AS 'ABOUT'. AT SEA PERFORMANCE FIGURES ARE CONSIDERED TO BE FROM
SEABUOY TO SEABUOY IN MODERATE WEATHER UPTO/INCLUDING BEAFORT 4.
DOUGLAS SEA STATE 3, NOT IN ADVERSE CURRENT
MARPOL ANNEX VI CLAUSE TO BE INCORPORATED IN CP.
ALL DETS ABT/WOG

   IFO 180 CST CLASS RME 180 /  DIESEL CLASS DMA / BOTH AS PER ISO 8217,
   3RD EDITION 2005.
   NO USED LUBRICANTS TO BE PRESENT IN FUEL
   THE VSL BURNS DIESEL ON MAIN ENGINE WHEN MANOUEUVRING IN CONFINED WATERS,
   RIVERS, STRAITS, CANALS AND IN/OUT OF PORTS


OWNERS WARRANT THAT THE VESSEL WILL NOT CHANGE NAME/FLAG/CLASS/OWNERSHIP
OR P+I CLUB WHILE PERFORMING THIS TIMECHARTER PARTY.

-VSL IS SELFTRIMMING SDK B/C SUITABLE FOR GRAB DISCHARGE: TRUE

-VLS CLASSED LLOYDS HIGHEST OR EQUIVALENT : TRUE

-VSL HAS CLEAR UNOBSTRUCTED HOPPERED HOLDS THROUGHOUT WITH NO FRAMES
   EXTENDING DOWN FRM TANKTOPS : TRUE

-VSL CRANES ARE IN GOOD WORKING ORDER: TRUE


- CARGO QTY AND STW PLAN

FROM MASTER :

1. Maximum Cargo intake basis 43.5 cubft/mt:

Total Hold cubics (untrimmed ends) = 1,590,513 cubft/mt
Cargo Stowage factor              =      43.5 cubft/mt
                                    ------------------------------
Max capacity cargo lift           =     36,563 mt

GORDON

2. Proposed stow plan basis 43.5 cubft/mt:

```
Hold    Capacity    Tonnage
1       100%        6166 mt
2       100%        7801 mt
3       100%        7813 mt
4       100%        7840 mt
5       100%        6943 mt
                    ------------
Total Cargo     =   36563 mt
```

Dep Corpus Christi Drafts : F/10.95 mtrs, A/10.65 mtrs (SW) (without ballast)

Dep Corpus Christi Drafts : F/10.85 mtrs, A/10.85 mtrs (SW) (with ballast)

3. Arr Lagos Draft : F/10.90 mtrs, A/10.90 mtrs (BW 1.014)

4. Deadweight calculation:

```
- Displacement          -   46032 MT (Summer)
- Lightship             -    6960 MT
- Deadweight            -   39072 MT
- F.O                   -    1190 MT
- D.O                   -      92 MT
- Fresh water           -     100 MT
- Unpupables            -     100 MT
- Sagging/Hogging       -     100 MT
- Constant              -     280 MT
                            ----------
- Cargo intake          -   37210 MT
```

Remarks:

a. The above cargo is calculated basis SF provided (43.5 cbft/mt).
b. Vessel can load the said amount (wog) of cargo subject to satisfactory loading, Stowage & trimming by stevedores.

ALL FIGURES ABT

-LAST 3 TIMES CRANES WERE USED FOR CARGO OPS: REVERTING

-VSL FULLY ISM CERTIFIED : TRUE

-NATIONALITY MASTER + OFFICERS CREW: REVERTING

-VSL HAS ITF AGREEMENT: TRUE

-LAST 3 CARGOES/CHARTERERS:
    1. PETCOKE
    2. IRON ORE
    3. COKE

- IF VESSEL IS FITTED WITH STANCHIONS, OWNERS CONFIRM THEY ARE

GORDON

COLLASPIBLE
   ALONGSIDE ALL HATCH WAYS - NO PERMENANT STANCHIONS : YES

NAME OF VESSELS H&M UNDERWRITERS:GARD MARINE @ ENERGY LTD
TOTAL INSURED VALUE:USD24,800,000
NAME OF OWNER'S P&I CLUB:GARD, GJENSIDIG
VALIDITY DATE OF COVER:ISSUED ON 20/02/2007
FRESHWATER DAILY PRODUCTION / DAILY CONSUMPTION:18 MT / 12 MT
ITF AGREEMENT NUMBER:
IS VSL/OWNER ISO CERTIFIED:
IF YES WHERE AND NUMBER:
THERE ARE NO OUTSTANDING RECOMMENDATIONS OR
CONDITIONS FROM CLASSIFICATIONS SOCIETY OR
PORT STATE CONTROL:TRUE

-CURRENT ITINERARY/CARGO DETAILS: VESSEL OPEN ALTAMIRA JUNE 9TH WOG

-PLS SPECIFY AGENT FULL STYLE :
 AGENCIA ROJAS VELA Y ASOC S.A. DE C.V.
 CALLE REVOLUCION HUMANISTA NBR 75 A
 COLONIA TAMPICO-ALTAMIRA SECTOR 1 CP 89605
 ALTAMIRA TAMPS MEXICO

 TEL: (833) 2303300 SWITCHBOARD WITH 10 LINES.
 FAX (833) 2303309 MOBILE (833) 1406023
 EMAIL: ROVESATAM@AGENCIAROJAS.COM.MX

FOR

-ACC: ATLANTIC HELLAS MARITIME COMPANY LTD.

-DELIVERY: DLOSP ALTIMIRA, E.C.MEXICO ATDNSHINC

-LAYCAN: JUNE 7/12 0001/2400 , 2008

-T/C TRIP VIA SPS, SBS/ANCHORAGES, ALWAYS AFLOAT, AWIWL, INTENTION BULK
 HARMLESS GRAINS ONLY LOADING USG FOR DISCH WEST AFRICA

-REDELIVERY: DLOSP SP MORROCCO/DOUALA RANGE, INTENTION NIGERIA ATDNSHINC

-VESSEL ON ARRIVAL FIRST LOADPORT TO BE READY IN ALL RESPECTS TO LOAD
INTENDED CARGO OF GRAIN/HSS.
IF UPON ARRIVAL FIRST LOAD PORT VESSELS FAILS TO OBTAIN NECESSARY
PASSES/CERTIFICATES VESSEL TO BE PLACED OFFHIRE UNTIL SUCH TIME AS SAID
PASSES/CERTIFICATES OBTAINED AND ANY EXPENSES DIRECTLY INCURRED DUE TO
FAILURE TO
BE FOR OWNERS ACCOUNT INCL STEVEDORE STANDBY TIME UPTO MAX ONE SHIFT

-HIRE USD 87,000  DIOT DAILY INCLOT - PAYABLE 15 DAYS IN ADVANCE

-ILOHC USD 4,250

-1,250 PM/PR FR C/V/E

-BUNKER CLAUSE: OWNERS TO SUPPLY BUNKERS FOR INTENDED VOYAGE E.C.MEXICO
VIA
            U.S.G. TO WEST AFRICA (INTENTION NIGERIA) WITH SAFE SEA
            MARGIN FOR THEIR TIME AND EXPENSE. CHARTERERS TO PAY FOR
            ESTIMATED CONSUMPTION ALONG WITH FIRST HIRE. VESSEL TO
BE
            REDELIVERED WITH BUNKERS AS ON BOARD WITHOUT
REPLENISHMENT.
            PRICES USD 650 IFO / USD 1200 MDO

GORDON


- ANY EXTRA WAR RISK INSURANCES OR ADDITIONAL INSURANCES TO BE FOR CHARTS ACCOUNT BUT SAME TO BE IN LINE WITH WHAT CAN BE OBTAINED ON GREEK/LONDON INSURANCE MARKETS

- 2.5 ADDRESS COMM PLUS 1.25 NJC INC

- OWISE AS PER NAVIOS PAOLLON CP WITH LOGICAL AND FOLL ALTERATIONS
  C/P TO INCLUDE BIMCO TIMECHARTER CLAUSES: SECURITY CLAUSE, AMS AND
ISPS


DURATION ABT 35/40 DAYS WOG

REDELY NOTICES  L 57 DELETE  FROM "AND TO END OF SENTENCE" (IT WAS AMISTAKE IN PREPARATION)

CLAUSE 29 " 1 ST PARA DELETE "CEMENT" INSERT "HARMLESS GRAIN"
         ELSE DELETE

CLAUSE 79. BANK DTLS UNCHANGED


END

THKS EFFORTS SUPPORT CONCLUDING THIS FXTRE


[[[ FOR IMMEDIATE ATTENTION PLEASE INSERT " STELIOS " IN THE TEXT  ]]]
-----------------------------------------------------------------------
REGARDS
STELIOS TAKETZIS
CELL  (914)552-6682
MSN   solon58@aol.com
SKYPE steliosnjc

- NA030508CP.pdf

---

©TKG. Strictly Confidential and Proprietary to The Torvald Klaveness Group. For Internal Use only.

Original Author: NJ Costalas <chartering@costalas.com>   Exp. Date: 09.06.2008   Created: 02.06.2008 06:54:28

# EXHIBIT 2





## M/V SPAR TOPAZ / ABCL - CP DD 30.05.08

### BREAKDOWN OF 3RD HIRE

| | | | | | |
|---|---|---|---|---|---|
| Hire from: | | 09.07.2008 01:45 GMT | | | |
| Hire to: | | 09.07.2008 01:45 GMT | | | |
| | | | | | **Bulkhandling** |
| Hire | | 0,00000 days at USD | 87 000,00 | USD | 0,00 |
| Deducted too much off-hire | | 6,65137 days at USD | 87 000,00 | USD | 578 669,19 |
| Gross hire | | 6,65137 | | USD | 578 669,19 |
| Address commission | | 2,50 % | | USD | -14 466,73 |
| Broker commission | | 1,25 % | | USD | -7 233,36 |
| Net hire | | | | USD | 556 969,10 |
| Entertain./Communic | | 6,65137 days at USD | 1 250,00 | USD | 277,14 |
| Ded too much off-hire cons | FO | 3,268 MT at USD | 650,00 | USD | 2 124,20 |
| | DO | 4,240 MT at USD | 1 200,00 | USD | 5 088,00 |
| Diff c/v/e | | | | USD | -19,66 |
| Adj | | | | USD | |
| **BALANCE DUE** | | **OWNERS** | | **USD** | **564 438,78** |





02.07.2008 0803 ABCL

# EXHIBIT 3



www.klaveness.com                                                                                  Bulkhandling Handymax AS

|                          |                  |
|--------------------------|------------------|
| Doc. No./Date            | 6060837/08.07.2008 |
| Customer                 | 41613            |
| Invoice Amount           | USD 1.005.350,00 |
| Sales order              | 55834            |
| Our ref.                 | 80527890603      |
| Due date                 | 09.07.2008       |

Atlantic (HELLAS) Maritime Co
C/O Atlantic Bulk Carriers
41, Akti Miaouli Str
GR-18535 PIRAEUS

### MV Spar Topaz

B/L date:                                Loading port:
C/P date: 300508                         Discharging port:

Hire 090708-210708

**Invoice details**

| | | | | |
|---|---|---|---|---|
| T/C-Hire | | 12 DAY | | |
| | Price detail | 87.000,00 USD | | 1.044.000,00 |
| | % Broker commission | 1,25- % | | -13.050,00 |
| | % Address commission | 2,50- % | | -26.100,00 |
| C/V/E | | 0 MTS | | |
| | Price detail | | | 500,00 |
| | Invoice Amount | | | 1.005.350,00 |
| | **Amount due** | | | **1.005.350,00** |

Please remit to:       DnB NOR
                       Postboks 1171 Sentrum
                       0107 Oslo

Account/IBAN no:

Swift code:

US corresponding bank: BANK OF NEW YORK
                       MELLON CORPORATION, NEW YORK

Swift code corresponding bank : IRVTUS3N

In favour of:          Bulkhandling Handymax AS

*805*
*21-4809*

**Bulkhandling Handymax AS**

Harbitzalléen 2A     Telephone:  +47 2252 6552     Email: Operations@Klaveness.com
P.O.Box 182 Skøyen   Telefax:    +47 2252 6752
0212 Oslo, Norway    Reg. No:    984 094 256       MVA

# DnB NOR

(CSD)

## Detaljer, innkommende SWIFT - overføringer

**Betaler**

| | |
|---|---|
| Navn: | ATLANTIC BULK CARRIERS MGMT LIMITED |
| Adresse: | ATLANTIC BULK CARRIERS MGMT LTD  C/O ATLANTIC BULK CARRIERS MGMT  41 AKTI MIAOULI STREET, 18535  GB |

**Mottaker**

| | |
|---|---|
| Navn: | BULKHANDLING HANDYMAX A/S |
| Adresse: | NORWAY |

**Betalingsinformasjon**

| | | | |
|---|---|---|---|
| Konto: | | Valuta: | USD |
| Valuteringsdato: | 10.07.08 | Foreløpig kurs: | 1,00 |
| Opprinnelig beløp: | 833.755,95 | Opprinnelig valuta: | USD |
| Referansenr.: | | Omkostninger: | |
| Referanse: | MV SPAR TOPAZ 3RE REMITTANCE THROUGH 19/07/08 | Foreløpig beregnet beløp: | 833.755,95 |

Foreløpig beregnet beløp kan bli endret på bokføringsdag på grunn av endringer i valutakurs.

*Utskrift ved: ANN-MARGRETHE HUSEBY 10.07.2008 08:29*

© DnB NOR

805

14-499