**JUDGE CASTEL**          08 CV 6506

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BULKHANDLING HANDYMAX AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| BULKHANDLING HANDYMAX AS, <br><br> Plaintiff, <br><br> -against- <br><br> ATLANTIC HELLAS MARITIME COMPANY LTD. a/k/a ATLANTIC BULK CARRIERS LTD. a/k/a ATLANTIC BULK CARRIERS MANAGEMENT LTD, <br><br> Defendant. |

08 CV _____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

[RECEIVED JUL 22 2008 U.S.D.C. S.D.N.Y. CASHIERS]

   I, Christopher R. Nolan, attorney for Plaintiff Bulkhandling Handymax AS, having filed an initial pleading in the captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Bulkhandling Handymax AS is a private limited liability company within the Torvald Klaveness Group ("TKG") and it is wholly owned by Rederiaksjeselskapet Torvald Klavenessnor. There are no publicly held corporations that own 10% or more of its stock.

Dated:   New York, New York
         July 22, 2008

                                   HOLLAND & KNIGHT LLP

                         By:       _____
                                   Michael J. Frevola
                                   Christopher R. Nolan
                                   Lissa D. Schaupp
                                   195 Broadway
                                   New York, NY 10007-3189
                                   Tel: (212) 513-3200 / Fax: (212) 385-9010
                                   *Attorneys for Plaintiff*
                                   *Bulkhandling Handymax AS*