**08 CV 6506**   CASTEL, J

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BULKHANDLING HANDYMAX AS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BULKHANDLING HANDYMAX AS,<br><br>              Plaintiff,<br><br>      -against-<br><br>ATLANTIC HELLAS MARITIME COMPANY LTD. a/k/a ATLANTIC BULK CARRIERS LTD. a/k/a ATLANTIC BULK CARRIERS MANAGEMENT LTD.,<br><br>              Defendant. | 08 Civ. _____<br><br>**ORDER APPOINTING PERSON TO <u>SERVE PROCESS</u>** |

**UPON** application of Plaintiff Bulkhandling Handymax AS for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of

age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         July ___, 2008

                                        SO ORDERED

                                        _____
                                        U.S.D.J.

# 5490965_v1

2