JUDGE CASTEL

08 CV 6506 

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BULKHANDLING HANDYMAX AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BULKHANDLING HANDYMAX AS, <br><br> Plaintiff, <br><br> -against- <br><br> ATLANTIC HELLAS MARITIME COMPANY LTD. a/k/a ATLANTIC BULK CARRIERS LTD. a/k/a ATLANTIC BULK CARRIERS MANAGEMENT LTD., <br><br> Defendant. | 08 Civ. _____ <br><br> **AFFIDAVIT IN** <br> **SUPPORT OF ATTACHMENT** |

STATE OF NEW YORK        )
                                           ) ss:
COUNTY OF NEW YORK    )

Christopher R. Nolan, being duly sworn, deposes and says:

1.      I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff Bulkhandling Handymax AS ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2.    I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3.    Our office contacted the New York Secretary of State for the State of New York, and was advised that Atlantic Hellas Maritime Company Ltd., Atlantic Bulk Carriers Ltd., and Atlantic Bulk Carriers Management Ltd. (collectively "Defendant(s)") are not New York business entities.  Our office also confirmed that Defendants are not foreign business entities registered to do business in New York.

4.    Our office also checked for the presence of Defendant(s) in other sources. Defendant(s) are not listed in the telephone directory of the principal metropolitan areas in this district, nor are they listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

5.    Accordingly, to the best of my information and belief, Defendant(s) cannot be found within this district or within the State of New York.

6.    Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant(s) is/are liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, amount to a total of $695,882.66, including estimated interest, legal fees and expenses.

7.    Upon information and belief, Defendant(s) have property, goods, chattels or effects within this jurisdiction, to wit:  funds or accounts held in the name(s) of Atlantic Hellas Maritime Company Ltd., Atlantic Bulk Carriers Ltd., and/or Atlantic Bulk Carriers Management Ltd. at one or more of the following financial institutions:

Bank of America, N.A.

Bank of China

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

8.     Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $695,882.66.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

Christopher R. Nolan

Sworn to before me this
22nd day of July, 2008

Notary Public

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
Qualified In New York County
Commission Expires August 28, 20 10

# 5490910_v1

4