JUDGE CASTEL

08 CV 6502

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BULKHANDLING HANDYMAX AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BULKHANDLING HANDYMAX AS,

                Plaintiff,

           -against-

ATLANTIC HELLAS MARITIME COMPANY
LTD. a/k/a ATLANTIC BULK CARRIERS LTD.
a/k/a ATLANTIC BULK CARRIERS
MANAGEMENT LTD.,

                Defendants.

08 Civ. _____

**AFFIDAVIT IN SUPPORT
OF REQUEST FOR AN
ORDER APPOINTING
PERSONS TO
SERVE PROCESS**

STATE OF NEW YORK     )
                           ) ss:
COUNTY OF NEW YORK   )

     Christopher R. Nolan, being duly sworn, deposes and says:

     1.     I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff

Bulkhandling Handymax AS ("Plaintiff"), and I am duly admitted to practice before the United

States District Court for the Southern District of New York. I am fully familiar with all the facts in the above case.

2.    This affidavit is made in support of Plaintiff's application for an Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3.    The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Christopher R. Nolan

Sworn to before me this
22nd day of July, 2008

_____
Notary Public

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
Qualified In New York County
Commission Expires August 28, 20 /○

# 5490971_v1

2