421-08/WLJ
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BULKHANDLING HANDYMAX AS,             08 Civ. 6506 (PKC)

      Plaintiff,
                                      **NOTICE OF**
-against-                             **APPEARANCE**

ATLANTIC HELLAS MARITIME
COMPANY LTD.,

      Defendant.
----------------------------------------------------------x

PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters a general appearance on behalf of the defendant, ATLANTIC HELLAS MARITIME COMPANY LTD. in the captioned action, and

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for ATLANTIC HELLAS MARITIME COMPANY LTD.

DATED: August 6, 2008

                             FREEHILL HOGAN & MAHAR, LLP
                             Attorneys for Defendant
                             ATLANTIC HELLAS MARITME COMPANY LTD.

                             _/s/ William L. Juska, Jr._
                             William L. Juska, Jr.
                             80 Pine Street
                             New York, NY 10005
                             Tel: (212) 425-1900 / Fax: (212) 425-1901

cc: Michael J. Frevola, Esq.
    HOLLAND & KNIGHT LLP
    Attorneys for Plaintiff
    BULKHANDLING HANDYMAX AS
    195 Broadway
    New York, NY 10007-3189