STATE OF NEW YORK )
                  ss.
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and have a place of business and office at 80 Pine Street, New York, New York 10005. On August 6, 2008 I served the within NOTICE OF APPEARANCE by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  Michael J. Frevola, Esq.
     HOLLAND & KNIGHT LLP
     Attorneys for Plaintiff
     BULKHANDLING HANDYMAX AS
     195 Broadway
     New York, NY  10007-3189

_____
CLARE MAZZA

Sworn to before me on
this 6TH DAY OF AUGUST, 2008

_____
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

NYDOCS1/310099.1