CASTEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

421-08/WLJ
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BULKHANDLING HANDYMAX AS,

     Plaintiff,

  -against-

ATLANTIC HELLAS MARITIME
COMPANY LTD.,

     Defendant.
----------------------------------------------------------x

08 Civ. 6506 (PKC)

**STIPULATION
AND ORDER** of Dismissal

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the sum of US$695,882.66, now presently under attachment pursuant to the Court's Order of Maritime Attachment and Garnishment dated July 22, 2008 and in the possession of garnishee JP MorganChase Bank, be and hereby is released to be remitted onward to Atlantic Bulk Carriers Management in accordance with the remittance instructions of the originally restrained wire transfer.

     IT IS FURTHER STIPULATED that this action is discontinued without prejudice and without costs to either party, subject to being reopened within 30 days if any issue arises concerning receipt of the sum of $695,882.66 by Atlantic Bulk Carriers Management. *All pending motions are moot.*

DATED: August 6, 2008

                      HOLLAND & KNIGHT LLP
                      Attorneys for Plaintiff
                      BULKHANDLING HANDYMAX AS

                      Michael J. Frevola
                      195 Broadway
                      New York, NY 10007-3189
                      Tel: 212-513-3200 / Fax: 212-365-9010

NYDOCS1/310082.1

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
ATLANTIC HELLAS MARITME COMPANY
LTD.

_____
William L. Juska, Jr.
80 Pine Street
New York, NY 10005
Tel: (212) 425-1900 / Fax: (212) 425-1901

SO ORDERED:

_____
U.S.D.C.J.

8-7-08

NYDOCS1/310082.1                              2